SCHULTE LEASING CORPORATION, Respondent, *v.* L. & C. MAYERS Co., INCORPORATED, et al., Appellants.

(Argued October 26, 1933; decided November 21, 1933.)

*Yorke Allen* and *Leopold K. Simon* for appellants.

*Jerome Michael, Milton Handler* and *Jerome Eisner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.